# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED AUGUST 11, 2021

---

### NO. 03-20-00061-CR

---

**Melvin Auston, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES BYRNE, TRIANA, KELLY**
**AFFIRMED -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the order entered by the trial court on December 17, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.